STATE OF NEW JERSEY v. ERIC F. KING.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT PETERSON.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM BASKERVILLE.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CLIFFORD JOCKS.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM VARDY.

March 21, 1989.

Petition for certification denied.